ROSI v. McCOY

No. 122PA86.

Case below: 79 N.C. App. 311.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 12 August 1986.

SMITH v. SPENCE & SPENCE

No. 383P86.

Case below: 80 N.C. App. 636.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.

STATE v. ALLEN

No. 348P86.

Case below: 80 N.C. App. 549.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. ALSTON

No. 366P86.

Case below: 80 N.C. App. 540.

Petition by defendant (Alston) for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986. Petition by defendant (McCloud) for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.

STATE v. BALL

No. 430P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.